**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00067-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DAVID GWIN,

     Defendant.

---

**ORDER REGARDING MOTION FOR ENLARGEMENT OF TIME**
**TO FILE A 2255 MOTION**

---

This matter is before the Court on Defendant's Motion for Enlargement of Time To File A 2255 Motion (Doc. # 140), filed July 23, 2012. Upon review, and in light of the title and Defendant's statement set forth in the first paragraph, the Court construes this document as a 28 U.S.C. § 2255 motion. Therefore, the clerk of the Court is directed to open a separate § 2255 action with a copy of Doc. # 140. The Court notes that there are deficiencies in Doc. # 140, and Defendant Gwin will be directed to cure such deficiencies by separate order entered in the § 2255 action.

DATED: August __02__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge