**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 09-cr-00067-CMA
Civil Action No.12-cv-02035-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID D. GWIN,

      Defendant/Movant.

---

## ORDER GOVERNMENT ANSWER

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct

the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before **February 28, 2013,** shall

file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules

Governing Section 2255 Proceedings.

DATED:  February __14__, 2013

                    BY THE COURT:

                    _____
                    CHRISTINE M. ARGUELLO
                    United States District Judge